```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEI MOROSHKIN,

                    Plaintiff,

-against-

NATIONAL COUNCIL ON THE AGING, et al.,

                    Defendants.

23-CV-01301 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On May 20, 2024, Defendant Siveem El-Nashar filed a motion to dismiss the Amended Complaint. Dkt. No. 17. Accordingly, it is hereby ORDERED that Plaintiff Moroshkin shall file his opposition no later than **June 28, 2024**, and Defendant Siveem-El Nashar shall file any reply no later than **July 8, 2024**.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Moroshkin.

Dated: May 21, 2024
       New York, New York

                                                        SO ORDERED.

                                                        MARGARET M. GARNETT
                                                        United States District Judge