USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/1/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEI MOROSHKIN,

       Plaintiff,

   -against-

NATIONAL COUNCIL ON THE AGING, et al.,

       Defendants.

23-CV-01301 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On June 14, 2024, the Court granted Plaintiff leave "to amend the complaint to dismiss Defendant [National Council on the Aging ("NCOA")] and substitute the New York City Department for the Aging" by July 14, 2024.  Dkt. No. 25.  On June 21, 2024, Plaintiff filed a "notice of object[ion]" to the Court's June 14, 2024 Order in which he states that "he is not able to accept the grant of this Order to amend the complaint through dismiss or substitute NCOA, a liable defendant of this action."  Dkt. No. 28 at 3.[1]  The Court interprets Plaintiff's notice as declining the Court's offer for additional time to amend the complaint to substitute a different defendant for NCOA or voluntarily dismiss Defendant NCOA.

Accordingly, it is hereby ORDERED that Defendant NCOA shall answer, move against, or otherwise respond to the complaint by **August 2, 2024**.  If Defendant NCOA elects to move to dismiss the Complaint, Plaintiff's opposition to that motion, if any, shall be filed by **September 6, 2024**.  Any reply shall be filed by **September 20, 2024**.

Dated: July 1, 2024
   New York, New York

          SO ORDERED.

          MARGARET M. GARNETT
          United States District Judge

---

[1] The Court notes that although Plaintiff filed the notice of objection on June 21, 2024, it was not docketed until June 27, 2024.  *See* Dkt. No. 28.