```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEI MOROSHKIN,

                Plaintiff,

-against-

NATIONAL COUNCIL ON THE AGING, et al.,

                Defendants.

23-CV-01301 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On August 15, 2024, the Court Ordered Defendant National Counsel on the Aging ("NCOA") to answer or move against the complaint by August 30, 2024. Dkt. No. 34. NCOA filed a motion to dismiss on August 30, 2024. Dkt. No. 38.

    Accordingly, it is hereby ORDERED that oppositions to Defendant NCOA's motion to dismiss are due on or before **October 4, 2024** and replies are due on or before **October 12, 2024**. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: September 5, 2024
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge