```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

SERGEI A. MOROSHKIN,                              23-CV-01301 (MMG)

               Plaintiff,

  -against-                                       **MOTION FOR SANCTION ON**

NATIONAL COUNCIL ON THE AGING          **MURIEL GOODE-TRUFANT,**
SENIOR COMMUNITY SERVICE               **ATTORNEY FOR DEFENDANT**
EMPLOYMENT PROGRAM (SCSEP)             **SIVEEM EL-NASHAR, FOR**
and SIVEEM EL -NASHAR Senior           **FAILURE TO COOPERATE IN**
Director of Older Adult Workforce      **DISCOVERY**
(SCSEP)/NYC Dept. for the Aging,

               Defendants.

----------------------------------------------------------x

**PLEASE TAKE NOTICE,** that Sergei A. Moroshkin, plaintiff, pursuant to Federal Rules of Civil Procedure Rule 37 will respectively move this Court, before the Hon. Margaret M. Garett, U.S.D.J., at the United States Courthouse for the Southern district of New York located at 40 Foley Square, New York, New York 10007 on a date and at a time to be designed by the Court, for an Order to impose sanction on Muriel Goode-Trufant, attorney for defendant Siveem El-Nashar, for violation the Rule 37(d)(1)(A)(ii) for a failure to respond, to object or to make a written response to discovery request that has been properly served to defendant by

1

plaintiff Notice for Disclosure dated August 16, 2024 and for further relief as the Court may deem just and proper.

**PLEASE TAKE THE FURTHER NOTICE,** that movant, Sergei A. Moroshkin, served the Notice for Disclosure in good faith attempting to confer with defendant party in the effort to resolve discovery disputes to obtain the answer or response without Court action.

Dated: October 28, 2024
New York, New York

*Sergei Moroshkin*
SERGEI A. MOROSHKIN,
865 Madison Avenue, New York, NY 10021
Tel: 347-640-0240

TO: Muriel Goode-Trufant
Acting Corporate Counsel of
The City of New York,
Attorney for Defendant Siveem El-Nashar
100 Church Street, 2nd floor,
New York, NY 10007
Tel: (212) 356-0890

ARENTFOX SCHIFF LLP
Brian Farkas
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

Tel: (212) 484-3900

brian.farkas@afslaw.com

Michael L. Stevens (*pro hac vice* forthcoming)

1717 K Street NW

Washington, DC 20006

Tel: (202) 857-6382

michael.stevens@afslaw.com

*Attorneys for Defendant National Council on the Aging, Inc.*

---

Application DENIED. Plaintiff is advised that discovery requests must be served directly on Defendants and need not be filed with the Court. Plaintiff is encouraged to refer to the Court's April 4, 2024 Order (Dkt. No. 12) denying without prejudice his motion to compel discovery responses from Defendant NCOA. Accordingly, it is hereby ORDERED that Plaintiff's motion for sanctions (Dkt. No. 48) is DENIED.

In light of the pending motions to dismiss, it is further ORDERED that all discovery in this matter shall be STAYED pending resolution of such motions.

The Clerk of Court is respectfully directed to terminate Dkt. No. 48 and to mail a copy of this Order to Plaintiff.

SO ORDERED. Dated November 4, 2024

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE