**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SERGEI MOROSHKIN,
                Plaintiff,

   -against-                                          23 **CIVIL** 1301 (MMG)

                                                              **<u>JUDGMENT</u>**

NATIONAL COUNCIL ON AGING SENIOR
COMMUNITY SERVICE EMPLOYMENT
PROGRAM, et al.,
                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 6, 2025, Defendant El-Nashar's motion to dismiss (Dkt. No. 17) and Defendant NCOA's motion to dismiss (Dkt. No. 38) are GRANTED, such that all claims asserted against all Defendants are DISMISSED WITH PREJUDICE. Plaintiff's Cross Motion to Deny El-Nashar's Motion to Dismiss (Dkt. No. 36). is hereby DENIED AS MOOT. The Court certifies under 28 U.S.C. 1915(a)93) that any appeal from this Opinion and Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Accordingly, the case is closed.

**Dated:** New York, New York

   January 6, 2025                                                 **TAMMI M. HELLWIG**
                                                                    Clerk of Court

                                                      **BY:**

                                                                      _____
                                                                      **Deputy Clerk**